# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrell Davis, | Civ. No. 20-1162 (SRN/BRT) |
| Plaintiff, | |
| v. | |
| Paul Schnell, Commissioner of Corrections, in Official Capacity; and William Bolin, Warden, Moose Lake Correctional Facility, in Official Capacity, | **ORDER** |
| Defendants. | |

This matter is before the Court on Plaintiff's motion to amend the Complaint (Doc. No. 4). Plaintiff's motion to amend is granted because he is entitled to amend his Complaint once as a matter of course. *See* Fed. R. Civ. P. 15(a)(1).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to amend the Complaint (Doc. No. 4) is **GRANTED**;

2. The Clerk's Office is hereby directed to file Plaintiff's proposed Amended Complaint at Doc. No. 4-1 as the operative Amended Complaint at a new docket entry.

Date: June 12, 2019

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge